435 A.2d 927

## Leech, Appellant v. Rosenthal.

Argued April 1, 1981. George M. Bobrin, for appellant; Roger B. Wood, for appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The order of the lower court and judgment entered thereon, is affirmed.